PHILLIP A. TALBERT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:        dean.carter@usdoj.gov
Telephone:  (916) 554-2781
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAGLE MEADOWS ROAD AND PROPERTY OWNERS' ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:22-cv-01657 JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Good cause having been shown,

IT IS HEREBY ORDERED that the United States of America shall have until, and including, May 27, 2024, to file a response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated:   **March 27, 2024**                    /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE