# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EAGLE MEADOWS ROAD AND
PROPERTY OWNERS' ASSOCIATION,**

CASE NO: **1:22–CV–01657–JLT–BAM**

v.

**USDA FOREST SERVICE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/06/2024**

                                 **Keith Holland**
                                 Clerk of Court

ENTERED:  **November 6, 2024**

                by: /s/ C. Maldonado
                           Deputy Clerk